UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS F. KANE, SR., <br>     Plaintiff/Counterclaim Defendant, <br> v. <br><br> THE MANUFACTURERS LIFE INSURANCE COMPANY, <br>     Defendant/Counterclaim Plaintiff, <br> v. <br><br> JUDITH KANE, <br>     Additional Counterclaim Defendant. | Civ. Action No. 08-4581 (KSH) <br><br><br> **ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

    This matter having come before the Court by way of a motion by defendant The Manufacturers Life Insurance Company ("Manulife") to dismiss Counts III through VIII of the amended complaint filed by plaintiff Thomas F. Kane, Sr., ("Kane") [D.E. 30], as well as the Ninth Affirmative Defense in Kane's amended answer to Manulife's counterclaims [D.E. 39]; and the Court having considered the parties' arguments and written submissions; and for the reasons stated in the Court's Opinion filed herewith,

    **IT IS** on this 31st day of December, 2010,

    **ORDERED** that Manulife's motion [D.E. 69] is **granted**, and Counts III through VIII of Kane's amended complaint [D.E. 30] and Kane's Ninth Affirmative Defense [D.E. 39] are dismissed.

                                            /s/ Katharine S. Hayden

December 31, 2010                                          Katharine S. Hayden, USDJ